```
JOSEPH SCHLESINGER, #87692
Acting Federal Defender
PEGGY SASSO, CA Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
RUFINO OROZCO-MARTINEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:12-cr-0299 LJO |
| Plaintiff, | |
| v. | STIPULATION TO ADVANCE CHANGE OF PLEA HEARING; ORDER |
| RUFINO OROZCO-MARTINEZ, | Date: January 28, 2013 |
| Defendant. | Time: 8:30 a.m. |
| | Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Karen A. Escobar, Counsel for Plaintiff, and Assistant Federal Defender Peggy Sasso, Counsel for Defendant Rufino Orozco-Martinez, that the status conference currently set for February 4, 2013 at 1:00 p.m., **may be advanced and rescheduled to January 28, 2013, at 8:30 a.m for a change of plea hearing.**

The parties have entered into a plea agreement and have agreed to set the matter for a change of plea January 28, 2013.

///

///

///

///

|   |   |   |
|---|---|---|
| | | BENJAMIN B. WAGNER<br>United States Attorney |
| Dated: January 23, 2013 | | */s/* Karen A. Escobar<br>KAREN A. ESCOBAR<br>Assistant United States Attorney<br>Attorney for Plaintiff |

JOSEPH SCHLESINGER
Acting Federal Defender

Dated: January 23, 2013                              /s/ Peggy Sasso
                                                     PEGGY SASSO
                                                     Assistant Federal Defender
                                                     Attorney for Defendant
                                                     RUFINO OROZCO-MARTINEZ

**ORDER**

IT IS SO ORDERED.

**Dated:   January 24, 2013**          /s/  **Lawrence J. O'Neill**
                                       UNITED STATES DISTRICT JUDGE