ROGER K. LITMAN, 57634
Attorney at Law
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, CHRISTOPHER GALLEGOS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:12-CR-00299-LJO-SKO |
| Plaintiff, ) | |
| v. ) | **STIPULATION AND ORDER TO CONTINUE STATUS HEARING** |
| CHRISTOPHER GALLEGOS, ) | |
| Defendant. ) | |
| _____ ) | |

The parties hereto, by and through their respective attorneys, stipulate and agree that the status hearing calendared for February 4, 2013 be continued to March 4, 2013 at 1:00 p.m.

This continuance is requested, as further negotiations are necessary, including evaluation of the plea offer extended by the government to the defense, and to afford sufficient time for transportation of Mr. Gallegos, on February 27, 2013, from Lerdo to meet with defense counsel. Due to a prepaid trip out of the country and scheduled court appearances, defense counsel will be unable to meet again with Mr. Gallegos before February 27, 2013.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED: January 30, 2013      /s/ Karen Escobar_____ __
                             KAREN ESCOBAR
                             Assistant United States Attorney
                             **This was agreed to by Ms. Escobar via email on January 29, 2013**

1

DATED: January 30, 2013          /s/ Roger K. Litman
                                 ROGER K. LITMAN
                                 Attorney for Defendant
                                 CHRISTOPHER GALLEGOS


                                     ORDER

IT IS SO ORDERED.

**Dated:**    **January 31, 2013**          /s/ Sheila K. Oberto
                                 UNITED STATES MAGISTRATE JUDGE

2