1 ROGER K. LITMAN, 57634
Attorney at Law
2 2300 Tulare Street, Suite 230
Fresno, California 93721
3 Telephone: (559) 237-6000

4 Attorney for Defendant, CHRISTOPHER GALLEGOS

5

6 IN THE UNITED STATES DISTRICT COURT FOR THE

7 EASTERN DISTRICT OF CALIFORNIA

8
UNITED STATES OF AMERICA,        )        CASE NO.  1:12-CR-00299-LJO-SKO
9                                 )
        Plaintiff,                )
10                                )        **STIPULATION AND
        v.                        )        ORDER TO CONTINUE
11                                )        STATUS HEARING**
CHRISTOPHER GALLEGOS,            )
12                                )
        Defendant.                )
13 _____)

14        The parties hereto, by and through their respective attorneys, stipulate and

15 agree that the sentencing in this matter, currently calendared for June 3, 2013 at

16 8:30 a.m., be continued to June 17, 2013  at 8:30 a.m. before the Hon. Lawrence

17 J. O'Neill.

18        The continuance is necessitated by the need to interview Mr. Gallegos, who

19 is housed at the Lerdo facility, in order that he may receive the benefit of U.S.S.G.

20 § 5C1.2.  A "safety valve" interview has been scheduled for June 3, 2013, the

21 earliest date at which the appropriate authorities are available to meet with Mr.

22 Gallegos.

23        The continued sentencing date would result in the following revision of

24 deadlines related to the rescheduled sentencing hearing:

25        Objections Due to Probation & AUSA by May 27, 2013, and Objections Fiiled

26 With Court and Served on USPO and AUSA by June 10, 2013.

27        The parties also agree that any delay resulting from this continuance shall

28 be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F),

1

3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED:  May 15, 2013          /s/ Karen Escobar          __
                              KAREN ESCOBAR
                              Assistant United States Attorney
                              **This was agreed to by Ms. Escobar
                              in person on May 13, 2013**

DATED:  May 15, 2013          /s/ Roger K. Litman          __
                              ROGER K. LITMAN
                              Attorney for Defendant
                              CHRISTOPHER GALLEGOS

IT IS SO ORDERED.

**Dated:    May 15, 2013**          /s/  **Lawrence J. O'Neill**
                              UNITED STATES DISTRICT JUDGE