BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:12CR0299 LJO-SKO |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| JORGE TORRES, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, the above-captioned matter was set for a status conference before U.S. Magistrate Judge Sheila K. Oberto on Monday, September 23, 2013, at 1:00 p.m.

2. By this stipulation, defendant now moves to continue the hearing date to October 21 2013, at 1:00 p.m. and to exclude time between September 23 and October 21, 2013. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

a. Counsel for defendant desires additional time to attempt to reduce his criminal history score through ancillary state court action.

1

b. Counsel for defendant has been unable to obtain a state court hearing date prior to September 16, 2013. The state court has scheduled a hearing on the motion to dismiss on September 20, 2013 at 11:00 am.

c. Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation and resolution of this matter, taking into account the exercise of due diligence.

d. The government does not object to the continuance.

d. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 23, 2013, to October 21, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: September 11, 2013. Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney


/s/ Karen A. Escobar_____
KAREN A. ESCOBAR
Assistant United States Attorney

2

DATED: September 11, 2013.

                    /s/ Anthony Egbase
                    ANTHONY EGBASE
                    Counsel for Defendant
                    JORGE TORRES

## **O R D E R**

After careful review of the parties' stipulation to continue status conference filed in this case, as well as the entire procedural history of this case, the parties' request to continue the status conference is DENIED.

The Court has serious concerns about the lack of progress toward a resolution of this matter and notes that this defendant was indicted and the case was filed on August 30, 2012 -- more than one year ago. The Court further notes that there have been five status conferences and two stipulations to continue the status conferences. At the July 15, 2013, status conference in this case, the court specifically informed the parties that if they were unable to reach an agreement that resolves the matter prior to September 16, 2013, they shall be prepared to select a mutually acceptable trial date at the next status conference.

Accordingly, the parties shall appear at the status conference set for September 16, 2013. Counsel are to bring their trial calendars to the hearing, and should meet and confer before the hearing to agree on a trial date.

IT IS SO ORDERED.

   Dated: **September 12, 2013**            **/s/ Sheila K. Oberto**
                                                      UNITED STATES MAGISTRATE JUDGE

4